**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1245**
_____

JAMES ADEYEMI,

        Plaintiff - Appellant,

    v.

AMAZON.COM SERVICES, LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:21-cv-02488-GLR)

_____

Submitted:  July 30, 2024                  Decided:  August 1, 2024

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Adeyemi, Appellant Pro Se.  Gilda Bethany Ingle, LITTLER MENDELSON PC, Tysons Corner, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Adeyemi appeals the district court's orders denying his motion to change venue and accepting the recommendation of the magistrate judge and dismissing with prejudice Adeyemi's action as a sanction for his continuing failure to comply with discovery orders. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Adeyemi v. Amazon.com Servs., LLC*, No. 1:21-cv-02488-GLR (D. Md. Dec. 18, 2023; Mar. 14, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
